## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Tullytown Borough, | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Edward Armstrong, Robert Campanaro, | : | |
| Edward Czyzyk, and George Fox | : | No. 239 C.D. 2015 |

**PER CURIAM**                    **O R D E R**

NOW, January 14, 2016, having considered appellant's application for reargument and appellees' response thereto, the application is denied.